AO 91 (Rev. 11/11)   Criminal Complaint

FILED
Jul 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Peter Schurman | ) | Case No. 3:20-mj-70955 MAG |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2015 to October 2019__ in the county of __Marin__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1341 | Mail Fraud - Maximum Penalties: 20 years imprisonment; $250,000 fine; three years supervised release; $100 mandatory special assessment; forfeiture |
| 18 U.S.C. 1028A | Aggravated Identity Theft - Maximum Penalties: Two year mandatory minimum imprisonment consecutive sentence. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Allison Lopez

☑ Continued on the attached sheet.

Approved as to form  *Abraham Fine*
                         AUSA

s/
*Complainant's signature*

FBI Special Agent Allison Lopez
*Printed name and title*

Sworn to before me by telephone.

Date: July 14, 2020

*Judge's signature*

City and state: San Francisco, California

Chief Magistrate Judge Joseph C. Spero
*Printed name and title*

Print  |  Save As...  |  Attach  |  Reset

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Allison Lopez, a special agent of the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. This affidavit is presented in support of a criminal complaint and application for an arrest warrant and summons for Peter Schurman ("Schurman") for mail fraud and aggravated identity theft in violation of 18 U.S.C. Sections 1341 and 1028A.

2. As set forth herein, there is probable cause to believe that Schurman engaged in an ongoing scheme to defraud individuals and municipalities residing and/or operating in the Northern District of California by issuing and charging clients for fraudulent Special Inspection reports pursuant to an ongoing mail fraud scheme in violation of Title 18, United States Code, Section 1341. As part of his scheme, Schurman knowingly used the name and engineer stamp of other persons who were licensed engineers without their knowledge or permission to make fraudulent Special Inspection reports appear legitimate in violation Title 18, United States Code, Section 1028A, Aggravated Identity Theft.

## AFFIANT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation and have been since January 2016. I received approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training in various areas including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Public Corruption squad of the FBI's San Francisco Field Division. I am responsible for

investigating, among other things, violations concerning bank and wire fraud, bribery, obstruction of justice, and extortion. Prior to my work in Public Corruption, I was assigned to the Violent Crimes Against Children squad. I also have a master's degree in Forensic Psychology.

4.  I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

5.  The contents of this affidavit are based upon the following: my own investigation; information obtained from other FBI special agents and law enforcement agencies; my review of documents and computer records related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances described herein; review of public information, including information available on the Internet; review of records received via legal process; and my experience and background as a special agent of the FBI. Statements made by witnesses and other individuals referenced in this affidavit have been paraphrased. Since this affidavit is being submitted for the limited purpose of securing a summons and order, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of United States laws occurred.

## APPLICABLE LAW

6.  Title 18 United States Code, Section 1341 (Mail Fraud) provides whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented

to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

7.  Title 18 United States Code, Section 1028A (Aggravated Identity Theft) provides whoever, during and in relation to any felony violation enumerated in subsection (c)[1], knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of two years.

## FACTS SUPPORTING PROBABLE CAUSE

### Background on Peter Schurman and Special Inspection Reports

8.  Peter Schurman was employed as an engineering technician at BSK Associates Engineering & Laboratories ("BSK") from on or around November 2010 until February 2013. Schurman was also employed as a field inspector and/or field technician/engineer at Romig Engineering ("Romig") and Langan Engineering ("Langan"). A California Department of Consumer Affairs license lookup for a civil and/or geotechnical engineer license in the name of Peter Schurman returned a response of no results.

9.  Special Inspection reports are a proactive method of enhancing public safety by ensuring buildings are constructed according to design documents, specifications and approved drawings. The City of Sausalito's website notes that special inspection and testing in the City of

---

[1] Subsection (C)(5) notes any provision contained in chapter 63 (relating to mail, bank, and wire fraud).

Sausalito shall meet the minimum requirements of California Building Code (CBC) Section 1701. Under that code section, owners of buildings undergoing construction are required to obtain Special Inspection reports, from qualified Special Inspectors, certifying that construction has been completed in compliance with a previously-issued permit and with the Building Code generally.

### Schurman's Scheme to Defraud

10. In 2015, a homeowner in Sausalito, California ("Homeowner One") began the process of adding a garage to his property ("Residential Project One"). The FBI interviewed Homeowner One, who confirmed that in 2015, he/she hired Schurman to perform the field work related to Special Inspections on Residential Project One. Homeowner One met Schurman in person on-site at Residential Project One and thought Schurman appeared to know what he was doing.

11. Schurman billed Homeowner One for his work related to Special Inspection reports on Residential Project One. Homeowner One provided the FBI with copies of six invoices with dates ranging from August 10, 2015 to January 15, 2017, which he/she received from Schurman for special inspection services related to Residential Project One. The charge for each Special Inspection was $750. Three of the invoices had charges for two special inspections while the other three invoices each charged for one. In total, Homeowner One provided copies of six invoices billing for nine special inspections related to Residential Project One.

12. Each of the invoices Schurman sent Homeowner One came with supporting documents including the Special Inspection report(s) referenced in the invoice, as well as the compression test report(s) referenced in the field observations section of the Special Inspection report(s). All of the Special Inspection reports were on BSK letterhead containing a Pleasanton, California address for BSK's office. All of the compression test reports contained a BSK project number. All of the Special Inspection reports were signed in the name of a certified engineer ("Engineer One") and contained Engineer One's civil engineer stamp number. Eight of the nine

compression test reports were signed in the name of Engineer One. One compression test report was unsigned.

13. Homeowner One stated he/she received all invoices and attached Special Inspection reports and compression test reports from Schurman via mail[2] or email, and at least the first four invoices via mail. None of the invoices was delivered in person. Homeowner One's spouse paid all six of Schurman's invoices with a check drawn on Homeowner One's Bank of America bank account. All six of these checks were mailed to Schurman at the address appearing on the invoices via the US Mail.

14. Homeowner One paid the six invoices he/she received from Schurman because he/she believed Schurman performed the work described on the invoices and the Special Inspection reports and compression test reports attached to the invoices. Homeowner One would not have paid Schurman's invoices if he/she had not received the nine Special Inspection reports and nine compression test reports which were delivered with the invoices.

15. The FBI's investigation, however, has revealed that the engineer signatures and stamp on the Special Inspection reports were forged. The FBI interviewed Engineer One who confirmed he never worked for BSK. Engineer One also confirmed he had never worked on nor was he ever involved with Residential Project One in any way. Engineer One confirmed his civil professional engineer ("P.E.") stamp number, which is unique to Engineer One. Engineer One reviewed copies of the Special Inspection reports and compression test reports Schurman provided to Homeowner One. Engineer One confirmed he did not put his name, signature, or engineer stamp on any of the documents, nor did he give permission for anyone to do so. Engineer One's name, signature, and engineer stamp appeared on these documents without his knowledge and/or permission. Engineer One said many of the filings containing his signature and engineer stamp were public record, and it was possible someone had pulled these documents from the internet and cut and paste his signature and stamp on other documents without his

---

[2] Unless otherwise noted, mail means mail delivered by the U.S. Postal Service.

knowledge or permission. Engineer One also confirmed that he worked at Romig at the same time Schurman did in 2013 and 2014.

16. The FBI interviewed the Northern Regional Manager at BSK ("BSK Manager") who provided that an individual named Peter Schurman worked at BSK from on or around November 29, 2010 until on or around February 21, 2013 at which time he was terminated for performance related issues. The BSK Manager confirmed that BSK had no involvement in Residential Project One. Furthermore, the BSK representative confirmed that BSK closed its Pleasanton, California office in 2012 and would have stopped using the Pleasanton address on its letterhead around the same time.

17. Homeowner One has yet to receive final signoff on Residential Project One by the City of Sausalito. In 2019, the City of Sausalito requested Homeowner One obtain and provide an affidavit from BSK confirming BSK did in fact do the work as represented in the nine Special Inspection reports provided by Schurman.

18. Homeowner One requested the affidavit from Schurman, but instead received a document Schurman sent from his work email account, pschurman@langan.com, on October 22, 2019, titled Special Inspection Final Compliance report dated August 28, 2015. The document was not on any type of company letterhead, and was signed in the name of Peter Schurman, Special Inspector, ICC No 5043502. The document contained the language, "Based upon inspections performed and the substantiating reports, it is the professional judgement that, to the best of my knowledge, the inspected work was performed in accordance with the approved plans, specifications, and applicable workmanship."

19. On October 23, 2019, Schurman used email address peter.schurman10@gmail.com to send Homeowner One a document titled Special Inspection Final Compliance Report addendum. The document was dated October 22, 2019 and was not on any type of company letterhead, and was signed in the name of Peter Schurman, Special Inspector, ICC No 5043502. The document contained the language, "Based upon inspections

performed and the substantiating reports, it is the professional judgement that, to the best of my knowledge, the inspected work was performed in accordance with the approved plans, specifications, and applicable workmanship."

20. These facts demonstrate that, for a period of time extending from on or around July 2015 through and including October 2019, Schurman prepared, billed, and accepted payment for fraudulent Special Inspection reports and related documents for Residential Project One and caused items to be sent via the mail as part of his scheme.

21. The above described instance relating to Residential Project One is not the only instance involved in Schurman's scheme. On several other instances, related to at least seven properties in San Francisco, Schurman, as part of the same scheme, used the name and engineer stamp of other persons who were licensed engineers without their knowledge or permission to make fraudulent Special Inspection reports appear legitimate. Similar to the above-described instance in Sausalito, the fraudulent Special Inspection reports involved in the San Francisco projects were sent on BSK letterhead, with the expired Pleasanton address listed. Moreover, the reports involved in the San Francisco projects were submitted with forged signatures and stamps from five different engineers (including Engineer One). In total, Schurman's scheme involved more than 10 victims and more than $15,000 in loss.

//
//
//
//
//
//
//
//

## CONCLUSION

22.     Based on the foregoing, my training and experience, and the training and experience of agents and investigators involved in this investigation, I believe there is probable cause to believe that Peter Schurman is involved in the commission of mail fraud and aggravated identity theft in violation of Title 18, United States Code, Sections 1341 and 1028A. Accordingly, I respectfully request an arrest warrant and summons to be issued for Schurman in response to this Complaint.

_____s/_____

ALLISON LOPEZ
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on this  14th  day of July.

_____

HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge